# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Numbers 2021 CA 0538

Derrick Daigrepont

- - Versus - -

| | |
|---|---|
| Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Pipeline Company, Turner Industries Group, LLC, Turner Industrial Maintenance, LLC, & Flowserve, Inc. | 19th Judicial District Court Case #: C657026 c/w C658372 East Baton Rouge Parish |

Consolidated with the following:

2021 CA 0539
Rodney Wanner

- - Versus - -

Exxon Mobil Corporation, ExxonMobil Global Services Company, ExxonMobil Chemical Company, ExxonMobil Research & Engineering Company, Brock Industrial Services LLC, Total Safety U.S., Inc., United Rentals (North America), Inc., Flowserve US Inc., & Jonathan Zachary

On Application for Rehearing filed on 01/12/2022 by Flowserve US Inc.

On rehearing.

We grant Flowserve US Inc.'s application for rehearing for the limited purpose of amending the conclusory paragraph and decree of our decision rendered December 30, 2021 in the above numbered and titled matter to read as follows:

## "CONCLUSION

For the reasons set forth in the companion case, <u>Daigrepont v. Exxon Mobil Corporation</u>, 2021-0534, 2021-0535 (La. App. 1st Cir. 12/30/21) ___ So. 3d ___, to the extent that the trial court's October 18, 2019 judgment granting summary judgment in favor of Flowserve US Inc. dismissed, with prejudice, Rodney Wanner's non-LPLA claims, as well as his LPLA claims under LSA-R.S. 9:2800.55 (unreasonably dangerous in construction or composition) and LSA-R.S. 9:2800.58 (unreasonably dangerous because of non-conformity to an express warranty), against

1

Flowserve US Inc., the trial court's judgment is hereby affirmed. To the extent that the trial court's October 18, 2019 judgment dismissing all of Rodney Wanner's claims against Flowserve US, Inc. included his claims asserted under the LPLA, pursuant to LSA-R.S. 9:2800.56 (unreasonably dangerous in design) and LSA-R.S. 9:2800.57 (unreasonably dangerous because of inadequate warning), the October 18, 2019 judgment is hereby reversed, and this matter is remanded for further proceedings. Costs of this appeal are assessed against defendant/appellee, Flowserve US Inc.

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED."**

_____
Vanessa Guidry Whipple, Chief Judge

_____
Allison H. Penzato, Judge

_____
Chris Hester, Judge

Date ___ **APR 2 7 2022** _____

_____
Rodd Naquin, Clerk

2